UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HAROLD CHRISTOPHER WALSH,
individually and on behalf of
persons similarly situated,

       Plaintiff,       Case No.: 8:10-CV-00435-SDM-TBM

v.

STRAYER UNIVERSITY, INC.,
a Virginia corporation,

       Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, STRAYER UNIVERSITY, INC., hereby gives notice of settlement of all issues and claims in this case. The parties request until May 6, 2010 to finalize the settlement papers and submit a Stipulation of Dismissal and proposed Order of Dismissal for the Court's review and approval. In the interim, the parties request a stay of all remaining deadlines in this case.

Dated this 22nd day of April, 2010.

       Respectfully submitted,

       MORGAN, LEWIS & BOCKIUS LLP

       /s/ Madid C. Gonzalez
       Anne Marie Estevez
         Fla. Bar No. 991694
         E-Mail: *aestevez@morganlewis.com*
       Madid C. Gonzalez
         Fla. Bar No. 0338760
         E-Mail: *mcgonzalez@morganlewis.com*
       Morgan, Lewis & Bockius LLP
       Attorneys for Defendant
       5300 Wachovia Financial Center
       200 South Biscayne Boulevard
       Miami, FL 33131-2339
       Telephone: 305.415.3330
       Facsimile: 877.432.9652

2

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on April 22, 2010, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Gregg I. Shavitz, Esquire, and Hal B. Anderson, Esquire, Shavitz Law Group, PA., Attorneys for Plaintiff, 1515 S. Federal Highway, Suite 404, Boca Raton, FL 33432.

                                                     /s/ Madid C. Gonzalez
                                                     Madid C. Gonzalez