UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HAROLD CHRISTOPHER WALSH,

    Plaintiff,

v.                                                 CASE NO.: 8:10-cv-435-T-23TBM

STRAYER UNIVERSITY, INC.,

    Defendant.
_____/

**ORDER**

    The plaintiff sues (Doc. 1) under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (the "FLSA"), to recover overtime compensation. The parties move (Doc. 19) for approval of the proposed settlement. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982); Dees v. Hydradry, Inc., __ F. Supp. 2d __, 2010 WL 1539813 (M.D. Fla. Apr. 19, 2010). The settlement (Doc. 19-1), however, contains a confidentiality agreement, which contravenes FLSA policy. See Dees, 2010 WL 1539813 at *9. Accordingly, the motion (Doc. 19) is **DENIED** and the settlement (Doc. 19-1) is **REJECTED**. The parties may move for approval of an amended settlement agreement no later than **June 1, 2010**.

    ORDERED in Tampa, Florida, on May 20, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE